In the Matter of HARRY B. FRANK, Respondent, against HUB LIQUORS, INC., et al., Appellants.

(Argued October 4, 1935; decided October 22, 1935.)

*Nelson Ruttenberg, Lester H. Schreiber* and *Monroe I. Katcher, II,* for State Liquor Authority, appellant.

*Harry B. Frank, David Goldstein* and *Lawrence Kovalsky* for respondent.

Order affirmed, with costs to petitioner-respondent; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not voting: CROUCH, J.